UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re: CHAPTER 13 CASE

Christopher Lodema Stark  CASE NO. 09-43797

Debtor  ORDER
_____

This case is before the court on the motion of Mortgage Electronic Registration Systems, Inc. through its servicing agent BAC Home Loans Servicing, LP, seeking relief from the stay imposed by 11 U.S.C. § 362. Based on the motion and the file,

IT IS ORDERED:

1. The movant, its assignees and successors in interest, are granted relief from the stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated July 13, 2007, executed by Christine L. Stark, a single person, recorded on July 24, 2007, as Document No. 478050, covering real estate located in Morrison County, Minnesota, legally described as

The North half of Lot 6, Block 79, original plat of the Town (Now City) of Little Falls

and may pursue its remedies under state law in connection with the mortgage deed.

2. Notwithstanding Federal Rule of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.

Dated: September 10, 2009      /e/ Robert J. Kressel
                               Robert J. Kressel
                               United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/11/2009*
Lori Vosejpka, Clerk, by LMH